NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOSEPH TANKER TILLMAN,           )
                                 )
          Appellant,             )
                                 )
v.                               )          Case No. 2D20-1126
                                 )
STATE OF FLORIDA,                )
                                 )
          Appellee.              )
_____)

Opinion filed September 23, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; Donald G. Jacobsen,
Judge.

PER CURIAM.

          Affirmed.  See Fla. R. Crim. P. 3.801(b); State v. Cregan, 908 So. 2d 387

(Fla. 2005); Young v. State, 697 So. 2d 75 (Fla. 1997); Stovall v. Cooper, 860 So. 2d 5

(Fla. 2d DCA 2003) (en banc); Stokes v. State, 851 So. 2d 788 (Fla. 2d DCA 2003);

Brown v. State, 793 So. 2d 27 (Fla. 2d DCA 2001); Brito v. State, 194 So. 3d 522 (Fla.

3d DCA 2016); Licata v. State, 788 So. 2d 1063 (Fla. 4th DCA 2001); Myers v. State,

761 So. 2d 485 (Fla. 5th DCA 2000).

KELLY, ATKINSON, and SMITH, JJ., Concur.